UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.M. and ASHLEY MCDOWEL,

    Plaintiff,

v.                                    Case No. 8:21-cv-1206-VMC-AAS

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

    Federal Rule of Civil Procedure 5.2 states "Unless the court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . a party or nonparty making the filing may include only  . . .  the minor's initials . . .." The Clerk is therefore **DIRECTED** to redact the minor's name from all docket entries and on all previously filed documents so that only the minor's initials are revealed. The parties are also **DIRECTED** to redact the minor's name with the minor's initials in all future filings mentioning the minor.

    **ORDERED** in Tampa, Florida, on June 1, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge