UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.M., a minor, and
ASHLEY MCDOWEL,
Plaintiff

v.                                              Case No.: 8:21-cv-01206-VMC-AAS

UNITED STATES OF AMERICA,
Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO APPROVE MINOR SETTLEMENT AND REPORT OF GUARDIAN AD LITEM UNDER SEAL UNDER LOCAL RULE 1.11(e)**

Plaintiffs, M.M., a minor, and ASHLEY MCDOWEL, by and through undersigned counsel hereby files this Motion to File Under Seal Under Local Rule 1.11(e) and states:

1. This is a medical malpractice case brought under the Federal Tort Claims Act claiming injuries sustained by M.M., a minor, alleged to have been caused by the medical negligence of the Defendant.

2. A proposed settlement has been reached in this matter. This settlement has been reviewed by a guardian ad litem for the purpose of determining whether the settlement is in the best interest of M.M., a minor.

3. In order to seek this Court's approval of the proposed settlement of this case, a Motion to Approve Minor Settlement and the Report of the Guardian Ad Litem must be filed.

4. The anticipated Motion to Approve Minor Settlement and the Report of the Guardian ad Litem must be filed under seal in order to protect sensitive and personal information concerning the financial condition, medical condition, and

identity of the minor Plaintiff, M.M. The Motion and GAL report provide this Court with significantly detailed information regarding the minor's cognitive and physical disabilities and the manner in which the proceeds of any settlement will be managed. Given the extent of information sought to be protected in these items, partial sealing, redaction or means other than sealing would not be an effective to protect this information as it would in essence require the redaction of the entirety of these documents.

5. Plaintiffs request that these items remain under seal for the entire duration of time permitted under law, and at least until the minor reaches the age of majority.

6. The law supports the sealing of these items. There exists extraordinary justification for the sealing of these items as stated in Local Rule 1.11(e) as it involves the "protection of a minor or another especially vulnerable person". The sealing in this case will serve to protect the interests of M.M. who is presently five years old and suffers from serious medical conditions detailed within the documents sought to be sealed. See *Nutt v. Royal Caribbean Cruises, Ltd.*, 2021 WL 7502573 (S.D. Florida 2021)(Sealing of Motion to Approve Minor Settlement in case involving injuries to minor was approved); *U.S. v. Pollock*, 2014 WL 5782778 (M.D. Florida)(Reports sealed due to serious medical condition of Defendant). Given M.M's status as a significantly disabled minor, M.M.'s interests in maintaining the confidential nature of this information outweighs any minimal interest the public may have in this information. See *J.C. by and through M.C. V. School Board of St. John's County, Florida*, 2015 WL 13735451 (M.D. Florida 2015)

7. Should this Motion be granted, Plaintiffs further request that the persons authorized to retrieve the sealed documents be limited to the counsel of record in this case: for the Plaintiffs Christa M. Carpenter, RN, Esq. and Eric P. Czelusta, BCS, Esq. 3411 Alternate 19, Suite A, Palm Harbor, FL 34683 Telephone No 727-281-4357; email epc@cclawfl.com and cmc@cclawfl.com and for the Defendant Stephanie S. Leuthauser, Assistant United States Attorney, 400 North Tampa St., Suite 3200, Tampa, Florida 33602, Telephone No. (813) 274-6000, Stephanie.Leuthauser@usdoj.gov.

8. The proposed items to be sealed are not attached per the requirements of Local Rule 1.11(b)(7) but available for *in camera* review by this Court upon request.

9. Pursuant to the requirements of Local Rule 3.01(g), the undersigned counsel hereby certifies that he has conferred with counsel for the Defendant who has confirmed that the Defendant has no opposition or objection to the relief sought in this Motion.

WHEREFORE, Plaintiffs M.M. and ASHLEY MCDOWEL, respectfully requests this Court enter an Order allowing the Plaintiff's Motion to Approve Minor Settlement and the Report of Guardian Ad Litem to be filed under seal.

Respectfully submitted,

Christa M. Carpenter, RN, Esq.
Fla. Bar No.: 089779
Eric P. Czelusta, BCS, Esq.
Fla. Bar 152315
Carpenter & Czelusta, PLLC
3411 Alternate 19, Suite A
Palm Harbor, FL 34683
727-281-4357/888-281-4356 (fax)
ccarpenter@patientslawfirm.com

        eczelusta@patientslawfirm.com
        eserve@patientslawfirm.com
        Attorneys for Plaintiffs

        By: /s/ Eric P. Czelusta
          Eric P. Czelusta, BCS, Esq.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that the foregoing Plaintiff's Motion to Approve Minor Settlement was furnished via email on September 9, 2022, to the following:

      STEPHANIE S. LEUTHAUSER
      Assistant United States Attorney
      Florida Bar No. 0044981
      400 North Tampa St., Suite 3200
      Tampa, Florida 33602
      Telephone No. (813) 274-6000
      Email:Stephanie.Leuthauser@usdoj.gov

        By: /s/ Eric P. Czelusta
        Eric P. Czelusta, BCS, Esq.
        Fla. Bar No.:152315
        Christa M. Carpenter, RN, Esq.
        Fla. Bar No.: 089779
        Carpenter & Czelusta, PLLC
        3411 Alternate 19, Suite A
        Palm Harbor, FL 34683
        727-281-4357/888-281-4356 (fax)
        cmc@cclawfl.com
        epc@cclawfl.com
        eserve@cclawfl.com